FILED
2006 Oct-30  PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | | |
|---|---|---|
| BRANDY ALLRED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | CV-06-RRA-1316-J |
| CITY OF SUMITON; | ) | |
| HUGH KIRKPATRICK, | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum Opinion**

This case comes before the court on the motion to dismiss (doc. 6) and the motion to strike (doc. 7), filed by defendant Kirkpatrick.  The magistrate judge filed a report and recommendation on October 12, 2006, recommending that the defendant's motion for to dismiss be granted and the motion to strike be denied.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED.  An appropriate order will be entered.

DONE this the 30th day of <u>October</u>  2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE