IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| BRANDY ALLRED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.: |
| v. ) | |
| ) | CV-06-RRA-1316-J |
| CITY OF SUMITON; ) | |
| HUGH KIRKPATRICK, ) | |
| ) | |
| Defendants. ) | |

**Memorandum Opinion**

This case comes before the court on the motions to dismiss filed y the defendants. (Docs. 19, 20). The magistrate judge filed a report and recommendation on May 17, 2007, recommending that the defendants' motions be denied. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. An appropriate order will be entered.

DONE this the 11th day of June 2007.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE